## **EXHIBIT A**

**Copyrighted Photograph**

Exhibit A

