# **EXHIBIT B**

**Infringing Portrait**

