# EXHIBIT C

**Infringing Book**

Exhibit C-1

Cover of Infringing Book:



Exhibit C-2

Single page of Infringing Book:



Exhibit C-3

Two pages of Infringing Book (horizontal view):

