# EXHIBIT D

**Copyright Registration**

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

VAu 1-191-324

**Effective date of registration:**

September 12, 2014

### Title

**Title of Work:** Kim Gordon 1

### Completion/Publication

**Year of Completion:** 2014

**International Standard Number:** ISSN

### Author

■ **Author:** Eric Ryan McNatt

**Author Created:** photograph(s)

**Citizen of:** United States

**Year Born:** 1971

### Copyright claimant

**Copyright Claimant:** Eric Ryan McNatt

205 Ave B, Apt 1d, New York, NY, 10009, United States

### Rights and Permissions

**Organization Name:** Eric McNatt Photo, Inc.

**Name:** Eric Ryan McNatt

**Email:** eric@ericmcnatt.com    **Telephone:** 212-358-7738

### Certification

**Name:** Eric McNatt

**Date:** September 12, 2014

**Applicant's Tracking Number:** 0001