**Instagram Post Depicting The Infringing Portrait And Comments Thereto**



