# EXHIBIT F

**Ms. Gordon's Instagram Post Depicting Ms. Gordon Holding A Signed Copy Of The Infringing Portrait**

