# EXHIBIT G

**Mr. Prince's Republication Of Twitter Post Advertising The Infringing Book**

