# EXHIBIT H

**Blum & Poe's Twitter Post Advertising The Infringing Book**

