## EXHIBIT I

**Prince Canal Work Found To Be A Fair Use As A Matter Of Law In *Cariou v. Prince* And *Cariou* Plaintiff's Copyrighted Photographs Incorporated Therein**

Exhibit I

Richard Prince, *James Brown Disco Ball*:



Patrick Cariou, Photographs from *Yes Rasta*, pp. 11, 59:

