# EXHIBIT J

**Prince Canal Works Not Found To Be Fair Use As A Matter Of Law In *Cariou v. Prince* And *Cariou* Plaintiff's Copyrighted Photographs Incorporated Therein**

Richard Prince, *Graduation*:



Patrick Cariou, Photograph from *Yes Rasta*, p. 118:



Exhibit J-2

Richard Prince, *Meditation*:



Patrick Cariou, Photograph from *Yes Rasta*, p. 158:



Richard Prince, *Canal Zone* (2008):



Patrick Cariou, Photographs from *Yes Rasta*, pp. 33, 79-80, 87-88, 95-96, 118, 159-160:



Richard Prince, *Canal Zone* (2007):



Patrick Cariou, Photographs from *Yes Rasta*, pp. 1-2, 5, 6, 11, 14, 16, 17, 20, 21, 23, 45-46, 48, 51- 52, 53, 55-56, 59, 62, 77-78, 83-84, 89-90, 98, 101-02, 108, 111-12, 118, 125, 142, 146,147-48, 150:



Exhibit J-5

Richard Prince, *Charlie Company*:



Patrick Cariou, Photograph from *Yes Rasta*, p. 83-84:

