UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC MCNATT,<br><br>                   Plaintiff,<br>vs.<br><br>RICHARD PRINCE, BLUM & POE, LLC,<br>and BLUM AND POE NEW YORK, LLC<br><br>                   Defendants. | Case No. 1:16-cv-08896 (SHS) |

### NOTICE OF DEFENDANTS' MOTION FOR LEAVE TO AMEND THE ANSWER TO COMPLAINT

PLEASE TAKE NOTICE that upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Richard A. Edlin, dated March 13, 2018 and the exhibits annexed thereto, and upon all other papers and proceedings hereto had herein, Defendants Richard Prince, Blum & Poe, LLC and Blum & Poe New York, LLC (collectively, "Defendants"), move pursuant to Rule 15 of the Federal Rules of Civil Procedure before the Honorable Sidney H. Stein, United States District Court Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 23A, New York, New York, for leave to amend the Answer in order to add, withdraw, and modify their affirmative defenses, and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that Plaintiff shall serve and file any Opposition to Defendants' Motion on or before March 27, 2018, and Defendant shall serve and file any Reply by April 3, 2018.

Dated: New York, New York
       March 13, 2018

**GREENBERG TRAURIG, LLP**

By: /s/ Richard A. Edlin
Richard A. Edlin
MetLife Building
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
EdlinR@gtlaw.com

Ian C. Ballon
Nina D. Boyajian
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Tel: (310) 586-7700
Ballon@gtlaw.com
BoyajianN@gtlaw.com

*Attorneys for Defendant Richard Prince, Blum & Poe, LLC and Blum & Poe New York, LLC*