# **Exhibit 29**



papermagazine • Follow

**papermagazine** The inimitable @kimletgordon in our September anniversary issue. 🖤🖤🖤🖤🖤 photo by @ericmcnatt #paper30

**djk5678** @ericfinneran

**kmmendez** 👑 the queen

**nicole_elizabethe** A true icon!

**jennynjaine** @chicacali She looks like a 50 year older version of u!

**chicacali** Lol! I see it! 🤚 @jennynjaine

623 likes

SEPTEMBER 9, 2014

Add a comment...

EXHIBIT 87