# Exhibit 32






kimletgordon • Follow

colmeen 🐱🎸🩹
___lunarobsession Hermosa!
evxlin Love you 🖤 You're the best
southwickstout You saved my soul
_cecilialara I so wish i was you
kristina.lgs Fierce as ever ⚡
neonjunkyard 🙏💗
roy_wonder @kimletgordon my inspiration as a musician is you
nlyonne 🔥🔥🔥🔥❤
xxxjimaxxx God 🙏
dpmhiaddict I just tapped that 3 times trying to get rid of the copy box.

2,973 likes

SEPTEMBER 10, 2014

Log in to like or comment.