# **Exhibit 33**

