# **Exhibit 43**

richardprince4 Portrait of Kim Gordon, ink jet on Canvas, 2014.

**Eric McNatt**
11 September 2014 · Edited ·

I guess it's an honor and a right of passage for Richard Prince to steal your work. Instagram and their "public domain" copyright rules are a treasure trove for this noted copyright offender. You can get away with anything when you have the The Warhol Foundation, along with the Robert Rauschenberg Foundation on your side. Lets see where this takes me. Calling Patrick Cariou and Magnum Photos.

Tag photo | Add location | Edit

Like | Comment | Share

Anna Mia Davidson, Kirk Bauer and 22 others

View 31 more comments

**Jeffery A Davis** Fuck him. The worst e ample of

Write a comment...

CONFIDENTIAL
EM00001482

depobook.com
EXHIBIT
57

