**Exhibit 47 filed Under Seal pursuant to Judge Stein's Order dated October 2, 2018**