# **<u>EXHIBIT A</u>**

Case 1:16-cv-08896-SHS   Document 124-1   Filed 10/05/18   Page 2 of 17



**NETFLIX**

**PAPER**® (/)

# Kim Gordon: The Queen of Noise

portrait by Eric McNatt │ 09 September 2014

Case 1:16-cv-08896-SHS   Document 124-1   Filed 10/05/18   Page 3 of 17





It's impossible to talk about downtown culture without referencing Kim Gordon, whether it's her three-decade stint in Sonic Youth, her alterna-teen streetwear line X-Girl or her

Case 1:16-cv-08896-SHS   Document 124-1   Filed 10/05/18   Page 4 of 17

boundary-pushing visual art (like her recent paintings of Lena Dunham's tweets). Agelessly sexy, with a take-no-shit voice and a pioneering lo-fi aesthetic, Gordon is the proto-riot grrrl who's led the way for generations of creative misfits.

**Personal OGs:**  Joan Didion, Kathryn Bigelow, Chloë Sevigny, Kelly Reichardt, Kate and Laura Mulleavy, Kathleen Hanna, Lena Dunham, Mary Gaitskill, Claire Denis, Catherine Breillat, Nina Simone, Isa Genzken, Lucio Fontana and Sigmar Polke.

**Inspirations:** Tony Oursler, John Knight, Jutta Koether and John Kelsey.

### What were you like as a teenager?
I was very shy and quiet. I felt pressured to be happy and free even though I was too young to be a hippie.

### Have you ever felt truly hurt or shaken by a criticism of your work?
When we first started playing in England, the critics were harsh and mean as "guitar music" was considered old fashion.



**Do you ever trust other people to help you? Do you like to collaborate?**
Yes I learn things from collaborating and do things that I wouldn't ordinarily do. It depends on the person, though.

**Do you consider yourself to be a control freak?**

I think all artists are control oriented, but I think "control freak" is a term that works best on reality TV shows.

**As a creative person, how do you deal with the business side of your career? Do you care about that part of things?**
Sonic Youth were always very hands-on with our management. But I like dealing with it as much as I like going through junk mail.

**How do you define success? What do you consider to be the biggest success of your career thus far?**
Success is having opportunities to show and do work and I'm happy that those keep unfolding for me. And, of course, that means having some kind of audience. I remember always being amazed at seeing young teenagers at our shows and thinking, "How does that happen?"

*Photo assistant: Paul Teeling.*
*Hair and makeup by Liz Washer at Ennis Inc. for Face Atelier.*

**BACK TO ORIGINAL GANGSTERS (http://www.papermag.com/2014/09/original_gangsters.php)**

# Subscribe to Get More

Your Email                                           | Send



# You May Also Like

(http://www.papermag.com/when-white-people-take-up-too-much-space-2585828072.html)

**C A R E**

## When White People Take Up Too Much Space (http://www.papermag.com/when-white-people-take-up-too-much-space-2585828072.html)

Case 1:16-cv-08896-SHS   Document 124-1   Filed 10/05/18   Page 8 of 17

(http://www.papermag.com/who-is-melania-trump-2585771168.html)

**FAMOUS PEOPLE (HTTP://WWW.PAPERMAG.COM/FAMOUS-PEOPLE)**

## Will the Real Melania Trump Please Stand Up? (http://www.papermag.com/who-is-melania-trump-2585771168.html)

Case 1:16-cv-08896-SHS   Document 124-1   Filed 10/05/18   Page 9 of 17

(http://www.papermag.com/lil-kim-bell-hooks-1427357106.html)

**MUSIC**

**Hardcore Honey: bell hooks Goes on the Down Low with Lil' Kim** (http://www.papermag.com/lil-kim-bell-hooks-1427357106.html)

Case 1:16-cv-08896-SHS    Document 124-1    Filed 10/05/18    Page 10 of 17

(http://www.papermag.com/oneohtrix-usher-2585572478.html)

**MUSIC**

**Oneohtrix Point Never Shares Unreleased Demo for Usher (http://www.papermag.com/oneohtrix-usher-2585572478.html)**

Case 1:16-cv-08896-SHS   Document 124-1   Filed 10/05/18   Page 11 of 17

(http://www.papermag.com/san-cha-premiere-2585493040.html)

**LGBTQ (HTTP://WWW.PAPERMAG.COM/LGBTQ)**

## Cast Out Your Demons With SAN CHA's New Video (http://www.papermag.com/san-cha-premiere-2585493040.html)

Case 1:16-cv-08896-SHS   Document 124-1   Filed 10/05/18   Page 12 of 17

(http://www.papermag.com/superfruit-pride-1-2582195427.html)

**M U S I C**

## Superfruit Is Taking Off (http://www.papermag.com/superfruit-pride-1-2582195427.html)

Story by Beatrice Hazlehurst / Photography by Amber Gray                    4h

**P R I D E**

# Olly Alexander Is Done Being Repressed (http://www.papermag.com/olly-alexander-pride-2585229644.html)

Story by Jacob Brown / Photography by Joshua Wilks

09 July

(http://www.papermag.com/olly-alexander-pride-2585229644.html)



NETFLIX

(http://www.papermag.com/gain-instagram-
followers-shark-bite1-2585774054.html)

INTERNET CULTURE
(HTTP://WWW.PAPERMAG.COM/INT
CULTURE)

A Girl Gained 10k Instagram
Followers With This One Trick
(http://www.papermag.com/gain-
instagram-followers-shark-bite1-
2585774054.html)

Case 1:16-cv-08896-SHS   Document 124-1   Filed 10/05/18   Page 16 of 17

(http://www.papermag.com/rihanna-
boyfriend-fight-1-2585752357.html)

**FAMOUS PEOPLE
(HTTP://WWW.PAPERMAG.COM/FA
PEOPLE)**

## Rihanna Reveals the Unexpected Reason She Fought With Her Man

(http://www.papermag.com/rihan
na-boyfriend-fight-1-
2585752357.html)

(http://www.papermag.com/sarah-palin-sacha-
baron-cohen-2585751452.html)

**FILM/TV**

## Sarah Palin 'Duped' By Sacha Baron Cohen

(http://www.papermag.com/sarah
-palin-sacha-baron-cohen-
2585751452.html)



**NETFLIX**

(http://adserver.adtechus.com/?adlink/5151.1/3676214/0/16/AdId=-3;BnId=0;guid=DA7d37d45d-
5857-11e8-9625-00163e02eea0;itime=352034553;key=key1%2Bkey2%2Bkey3%2Bkey4;gdpr=0;)

(http://adserver.adtechus.com/?adlink/5151.1/3988692/0/16/AdId=-3;BnId=0;guid=DA7d37d45d-
5857-11e8-9625-00163e02eea0;itime=352034658;key=key1%2Bkey2%2Bkey3%2Bkey4;gdpr=0;)