# **EXHIBIT B**



 kimletgordon ✓ • Follow

Load more comments

zuihitsu @theehouseofdolls —that is great.
succorforsinners B)
ivanbicudo Queen of No
shellydcook @theehouseofdolls how cool!!
jennyjuniper_ <3
honeychains   
daniarrais 😍♡
onnohesselink ...
51fenderp Badass
dildohead_666_and_69 Beautiful.
cheesebanshee The one!
alvarezdavid13 @ramech_alvarez
teestigersntexas210 Yesssss!

2,973 likes

SEPTEMBER 10, 2014

Log in to like or comment.



ABOUT US    SUPPORT    PRESS    API    JOBS    PRIVACY

TERMS    DIRECTORY    PROFILES    HASHTAGS    LANGUAGE

© 2018 INSTAGRAM