UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

| | | |
|---|---|---|
| ERIC MCNATT, | : | 16-Cv-8896 (SHS) |
| Plaintiff, | : | |
| -v- | : | |
| RICHARD PRINCE, *ET AL.*, | : | |
| Defendants. | : | |

----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A telephone conference having been held today, with counsel for all parties participating,

    IT IS HEREBY ORDERED that the Clerk of Court shall terminate the motion regarding offer of judgment [ECF Doc. No. 223] filed on December 18, 2023.

Dated: New York, New York
        December 20, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.