# Exhibit 7



CONFIDENTIAL

EXHIBIT 81

EM00001477