# CRAVATH

Christopher P. Davis
cdavis@cravath.com
+1-212-474-1032
New York

**MEMO ENDORSED**

December 29, 2023

*McNatt v. Prince*, et al., 1:16-cv-08896-SHS (S.D.N.Y.)

  On behalf of all parties in the above-titled case, we submit this letter pursuant to Paragraph 5(B) of Your Honor's Individual Practices..

  Defendants have requested that certain portions of Plaintiff's Motion in Limine (the "Motion") be filed under seal, as they relate to confidential matters that the parties have discussed with the Court *in camera*. Plaintiff does not object. Accordingly, the parties respectfully request permission for Plaintiff to file the Motion under seal. The parties also request permission for Plaintiff to file place-holders and/or redacted versions of the Motion via ECF.

                Respectfully submitted,

                *[signature]*

                Christopher P. Davis

Hon. Sidney H. Stein
 U.S. District Court, Southern District of New York
  Daniel Patrick Moynihan United States Courthouse
   500 Pearl St.
    New York, NY 10007

VIA ECF

Copy to:

All Counsel of

Record VIA ECF

NEW YORK
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
T+1-212-474-1000
F+1-212-474-3700

LONDON
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

WASHINGTON, D.C.
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP

**McNatt v. Prince, et al., 1:16-cv-08896-SHS (S.D.N.Y.)**

**Request granted.**

**Dated:** **New York, New York**
**January 2, 2024**

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.