UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

ERIC MCNATT,   :   16-Cv-8896 (SHS)

        Plaintiff,   :

    -v-   :

RICHARD PRINCE, *ET AL.*,   :

        Defendants.   :

---------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that the final pretrial conference in this action will take place on January 19, 2024, at 10:30 a.m. in Courtroom 23A in the U.S. Courthouse, 500 Pearl Street, New York, New York. Lead trial counsel for each party is required to attend.

Dated: New York, New York
      January 16, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.