# CRAVATH

Christopher P. Davis
cdavis@cravath.com
T+1-212-474-1032
New York



MEMO ENDORSED

January 12, 2024

*McNatt v. Prince*, et al., 1:16-cv-08896-SHS (S.D.N.Y.)

Dear Judge Stein:

  On behalf of all parties in the above-titled case, we submit this letter pursuant to Paragraph 5(B) of Your Honor's Individual Practices.

  Defendants have requested that certain portions of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Preclude Evidence Concerning any Alleged Suspension or Deletion of Richard Prince's Instagram Account (the "Memorandum") be filed under seal, as they relate to confidential matters that the parties have discussed with the Court *in camera*. Plaintiff does not object. Accordingly, the parties respectfully request permission for Plaintiff to file the Memorandum under seal. The parties also request permission for Plaintiff to file redacted versions of the Memorandum via ECF.

Respectfully submitted,

*Chris P. Davis*

Christopher P. Davis

January 13, 2024
So ordered
Sidney H. Stein
U.S.D.J.

Hon. Sidney H. Stein
 U.S. District Court, Southern District of New York
  Daniel Patrick Moynihan United States Courthouse
   500 Pearl St.
    New York, NY 10007
VIA ECF

Copy to:

All Counsel of Record

VIA ECF

**NEW YORK**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP