# CRAVATH

Christopher P. Davis
cdavis@cravath.com
+1-212-474-1032
New York, NY

**MEMO ENDORSED**

January 17, 2024

*McNatt v. Prince*, et al., 1:16-cv-08896-SHS (S.D.N.Y.)

Dear Judge Stein:

On behalf of Plaintiff Eric McNatt in the above-titled case, we submit this letter pursuant to Paragraph 5(B) of Your Honor's Individual Practices.

Plaintiff respectfully requests that certain portions of Plaintiff's Memorandum of Law in Further Support of Plaintiff's Motion *in Limine* (the "Memorandum") be filed under seal, as they relate to matters that Defendants have requested to be treated as highly confidential. The parties have discussed these highly confidential matters with the Court *in camera*, and the Court has previously granted the parties' requests to file references to these matters under seal. Accordingly, Plaintiff respectfully requests permission to file the Memorandum under seal. Plaintiff also requests permission to file place-holders and/or redacted versions of the Memorandum via ECF.

Respectfully submitted,

Christopher P. Davis

Hon. Sidney H. Stein
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

VIA ECF

Copy to:

All Counsel of Record

VIA ECF

**Plaintiff's requests as set forth above are granted.**

Dated: New York, New York
January 18, 2024

SO ORDERED:

Sidney H. Stein, U.S.D.J.

**NEW YORK**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP