UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

ERIC MCNATT,

                                    Plaintiff,

                    v.

RICHARD PRINCE, BLUM & POE, LLC, AND
BLUM & POE NEW YORK, LLC,

                                    Defendants.

Case No. 1:16-cv-08896-SHS

## FINAL JUDGMENT

WHEREAS on July 25, 2014, Plaintiff Eric McNatt authored and obtained a copyright in the photograph entitled *Kim Gordon 1*, which McNatt registered with the United States Copyright Office on September 12, 2014.

WHEREAS Defendant Richard Prince incorporated *Kim Gordon 1* into a work referred to as *Portrait of Kim Gordon*, and Defendants Blum & Poe, LLC and Blum & Poe New York LLC (together "Blum & Poe") exhibited *Portrait of Kim Gordon* and released a book including *Portrait of Kim Gordon*.

WHEREAS on November 16, 2016, Plaintiff initiated the present litigation.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.      The Court has jurisdiction over the subject matter of this action and personal jurisdiction over the parties.

2.      Judgment is entered in favor of Plaintiff and against Defendants for the claims asserted against them as set forth in the Complaint, and Defendants' defenses are dismissed with prejudice.

3.      Defendants are enjoined from reproducing, modifying, preparing derivative works from, displaying, selling, offering to sell, or otherwise distributing the photograph *Kim Gordon 1* (identified in paragraph 1 of the Complaint), the Instagram post and the work *Portrait of Kim Gordon* (identified in paragraphs 3, 22, and 25 of the Complaint), and the art book (identified in paragraphs 6 and 38 of the Complaint), including any copies of any of the foregoing.

4.      Plaintiff is awarded damages in an amount equal to five times the sales price for *Portrait of Kim Gordon* (as set forth in BLUM 0001085), plus all costs incurred by Plaintiff, as agreed-upon by the parties.

5.      Compliance with this judgment may be enforced by Plaintiff and his successors in interest or assigns, and the Court retains jurisdiction to enforce or supervise performance under this judgment.

Dated: January 24, 2024
New York, New York

SO ORDERED:

_____
Sidney H. Stein,
United States District Judge